DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
ROSELYN HENSLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROSELYN HENSLEY,<br><br>PLAINTIFF,<br><br>v.<br><br>CHARMERLE CORP. dba R/C COUNTRY HOBBIES, ERICKSON 2001 REVOCABLE TRUST and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.:  2:14-cv-02271-TLN-EFB<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

   Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been tentatively settled.  Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:  March 2nd, 2015                                                             Respectfully Submitted,

                                                                                                    /s/Daniel Malakauskas
                                                                                                    By: Daniel Malakauskas
                                                                                                    Attorney for Plaintiff,
                                                                                                    ROSELYN HENSLEY

Notice of Settlement

1