MALAKAUSKAS LAW FIRM
Daniel Joseph Malakauskas, SBN 265903
P.O. Box 7006
Stockton, CA  95267
Telephone:  (866) 790-2242
Facsimile:  (888) 802-2440
Email: daniel@malakauskas.com

Attorney for Plaintiff ROSELYN HENSLEY

SEGAL & ASSOCIATES, PC
John T. Kinn, SBN 130270
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
Email: jkinn@segal-pc.com

Attorneys for Defendants CHARMERLE CORP.
dba R/C COUNTRY HOBBIES and
ERICKSON 2001 REVOCABLE TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN HENSLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARMERLE CORP. dba R/C COUNTRY HOBBIES, ERICKSON 2001 REVOCABLE TRUST and DOES 1-10, inclusive,<br><br>          Defendants, | CASE NO. 2:14-cv-02271-TLN-EFB<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

1
STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF

attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

MALAKAUSKAS LAW FIRM


Dated: April 6th, 2015          /s/ Daniel Malakauskas
                                DANIEL MALAKAUSKAS
                                Attorney for Plaintiff
                                ROSELYN HENSLEY


SEGAL & ASSOCIATES, PC


Dated: April 6th, 2015          /s/ John T. Kinn
                                JOHN T. KINN
                                Attorneys for Defendants, CHARMERLE
                                CORP. dba R/C COUNTRY HOBBIES and
                                ERICKSON 2001 REVOCABLE TRUST

## **ORDER**

**IT IS HEREBY ORDERED**, that this action be dismissed**, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: _____, 2015

_____
JUDGE